AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

HERMAN REED,

       Petitioner,                JUDGMENT IN A CIVIL CASE

v.

                                      CASE NUMBER:  **3:13-cv-00426-MMD-WGC**

ISIDRO BACA, et al.,

       Respondent(s).

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition (ECF No. 5) is denied in its entirety.
**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

November 21, 2016                                              **LANCE S. WILSON**
                                                                        Clerk

                                                                        /s/ K. Rusin
                                                                        Deputy Clerk